IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| AARON NICHOLAS WEBB, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-032 |
| | ) | |
| WARDEN BROWN, Hancock State Prison; | ) | |
| WARDEN STAN SHEPARD, Augusta | ) | |
| State Medical Prison; TERRY BUSSY, | ) | |
| Deputy Warden, Care of Treatment, | ) | |
| Augusta State Medical Prison; T.J. CONLEY, | ) | |
| Deputy Warden, Security, Augusta State | ) | |
| Medical Prison; and | ) | |
| TRACY ANTHONY MILLER, Inmate, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion.

Therefore, the Court **DISMISSES** Plaintiff's complaint for failure to state a claim upon

which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 11th day of May, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA